No. 10-6582. Ralph Williams, Petitioner v. United States.

562 U.S. 991, 131 S. Ct. 440, 178 L. Ed. 2d 341, 2010 U.S. LEXIS 8194.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 384 Fed. Appx. 259.

No. 10-6584. Steven C. Perrine, Petitioner v. United States.

562 U.S. 991, 131 S. Ct. 440, 178 L. Ed. 2d 341, 2010 U.S. LEXIS 8225.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 375 Fed. Appx. 838.

No. 10-6588. Levar James Anderson, Petitioner v. United States.

562 U.S. 991, 131 S. Ct. 440, 178 L. Ed. 2d 341, 2010 U.S. LEXIS 8222.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 384 Fed. Appx. 863.

No. 10-6589. Marcus DeAngelo Jones, Petitioner v. United States.

562 U.S. 991, 131 S. Ct. 440, 178 L. Ed. 2d 341, 2010 U.S. LEXIS 8239.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 10-6603. Geoffrey L. Rashaw-Bey, Petitioner v. United States District Court for the Western District of Missouri.

562 U.S. 991, 131 S. Ct. 444, 178 L. Ed. 2d 341, 2010 U.S. LEXIS 8209,

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 10-6607. Raymond Shelton, Petitioner v. United States.

562 U.S. 992, 131 S. Ct. 440, 178 L. Ed. 2d 341, 2010 U.S. LEXIS 8269.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 364 Fed. Appx. 733.

No. 10-6621. Christopher Jaime Cardenas, Petitioner v. United States.

562 U.S. 992, 131 S. Ct. 441, 178 L. Ed. 2d 341, 2010 U.S. LEXIS 8298.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 384 Fed. Appx. 312.

No. 10-6622. Juan Carlos Compian, Petitioner v. United States.

562 U.S. 992, 131 S. Ct. 441, 178 L. Ed. 2d 341, 2010 U.S. LEXIS 8203.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 382 Fed. Appx. 413.